NUMBER 13-06-652-CV


COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI - EDINBURG


 


IN RE: WILLIAM LONG

 


ON PETITION FOR WRIT OF MANDAMUS

 



MEMORANDUM OPINION


Before Chief Justice Valdez and Justices Yañez and Vela

Memorandum Opinion Per Curiam


 Relator, William Long, filed a petition for writ of mandamus by which he requests
this court to direct respondent, the Honorable Craig Estlinbaum, Judge of the 130th Judicial
District Court of Matagorda County, Texas, to hold a hearing and make a ruling in the
underlying fraudulent records or documents suit. On January 12, 2007, we requested a
response from the respondent. The respondent has since filed a judicial finding of fact and
conclusion of law regarding a documentation purporting to create a judgment lien.
Accordingly, the petition for writ of mandamus is hereby dismissed as moot. 

 Per Curiam

Memorandum Opinion delivered and filed

on the 12th day of February, 2007.